UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH A. LIGOTTI, JR. and<br>PAULA LIGOTTI,<br><br>       Plaintiffs,<br><br>v.<br><br>DITECH FINANCIAL LLC,<br><br>       Defendant. | Civil Action No. 1:16-cv-12095-MLW |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

To The Clerk Of Courts And All Parties Of Record:

      Kindly withdraw the appearance of Richard E. Briansky as counsel for Defendant, Ditech Financial LLC ("Ditech") in the above-captioned matter.

      Respectfully submitted,

      DITECH FINANCIAL LLC,

      By Its Attorneys,

      */s/ Richard E. Briansky*
      Richard E. Briansky (BBO# 632709)
      PECKAR & ABRAMSON, P.C.
      28 State Street – Suite 1802
      Boston, MA 02109
      Tel.: (857) 284-8155
      Fax: (617) 206-1998

Dated: October 13, 2021

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this date the foregoing document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those parties which are as non-registered participants.

                                                     */s/ Richard E. Briansky*

Dated: October 13, 2021